District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAEED BAGHERI, | Case No. 2:24-cv-02073-TL |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MERRICK GARLAND, *et al.*, | |
| Defendants. | |

The parties have jointly moved the Court for an order remanding this action to the United States Citizenship and Immigration Services ("USCIS") so that USCIS can adjudicate Plaintiff's naturalization application within 30 days of this Court's remand order, and if approved, to schedule Plaintiff's naturalization ceremony soon thereafter. The Court finds that good cause exists for granting the requested relief.

ACCORDINGLY, it is hereby ORDERED that the parties' joint motion is granted and that this action is remanded to USCIS so that USCIS can adjudicate Plaintiff's naturalization application within 30 days, and if approved, to schedule Plaintiff's naturalization ceremony soon thereafter.

[PROPOSED] ORDER
[Case No. 2:24-cv-02073-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

The case may be reinstated at any time within sixty days of this Order if USCIS fails to comply with this Court's remand order.

DATED this 23rd day of January 2025.

_____
Tana Lin
United States District Judge

Presented by:

TESSA M. GORMAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER
[Case No. 2:24-cv-02073-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800